IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNY D. ANDERSON                                                                           PLAINTIFF

vs.                          Civil No. 4:17-cv-04009

NANCY A. BERRYHILL                                                     DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 5th day of February 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                              /s/ Barry A. Bryant
                                                             HON. BARRY A. BRYANT
                                                             U. S. MAGISTRATE JUDGE